AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Florida

| | | |
|---|---|---|
| JASMINE WILLIAMS | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) ) | Civil Action No.  3:18cv02223-MCR-EMT |
| DYNAMIC LEGAL RECOVERY and DOES 1 - 10 | ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dynamic Legal Recovery
23236 Lyons Ave, Suite 220
Santa Clarita, CA 91321

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   SERGEI LEMBERG
LEMBERG & ASSOCIATES LLC
43 DANBURY ROAD
WILTON, CT 06897
203-653-2250

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JESSICA J. LYUBLANOVITS
*CLERK OF COURT*

Date:  11/20/2018

/s/ Monica Broussard
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:18cv02223-MCR-EMT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of Florida

Case Number: 3:18-CV-02223-MCR-EMT

Plaintiff:
**Jasmine Williams**

vs.

Defendant:
**Dynamic Legal Recovery and DOES 1-10**

Received by Certified Corp. & Process Services LLC on the 4th day of December, 2018 at 2:50 pm to be served on **Dynamic Legal Recovery, 23236 Lyons Avenue, Suite 220, Santa Clarita, Los Angeles County, CA 91321.**

I, Ronny DelCid LA#5837, being duly sworn, depose and say that on the **18th day of December, 2018 at 4:54 pm, I:**

**Personally** by delivering to: **Dynamic Legal Recovery**, accepting, **Anthony Castro, collector, authorized to accept, Federal Summons and Complaint; Civil Cover Sheet**, a true copy of the specified civil process, having first endorsed the date of delivery, at **25600 Rye Canyon Road, Suite 209, Valencia, Los Angeles County, CA 91355** and informed said person of the contents therein.

**Additional Information pertaining to this Service:**
12/7/2018  3:57 pm  Attempted service at 23236 Lyons Avenue, Suite 220, Santa Clarita, CA 913121. Bad address. Property is vacant.

I am over the age of 18; and I am not a party to nor interested in the outcome of the above styled and numbered suit; and I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Before me, a notary public, on this day personally appeared the above named person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his/her personal knowledge and experience to be true and correct. given under my hand and seal of office on the 27th day of December, 2018

NOTARY PUBLIC

BRUCE J. ANDERSON
COMM. # 2118282
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. JULY 30, 2019

Ronny DelCid LA#5837
Process Server

Certified Corp. & Process Services LLC
P.O. Box 496448
Garland, TX 75049
(972) 279-6100

Our Job Serial Number: LGD-2018002995
Ref: 22252-001 Williams, Jasmine

© 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0i